UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES SNODGRASS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>OCEAN FISHERIES LLC et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05136-DGE<br><br>ORDER DISMISSING ACTION |

　　　This matter comes before the Court on Plaintiff's complaint.  (Dkt. No. 1.)

　　　On February 20, 2024, Plaintiff filed this action with the Court.  (*Id*.)  The Court issued a summons on February 21, 2024.  (Dkt. No. 2.)  As of today's date, Plaintiff has not filed proof of service.

　　　On March 29, 2024, the Court issued a scheduling order.  (Dkt. No. 3.)  On July 11, 2024, the Court struck a scheduled status conference based on Plaintiff's failure to prosecute the case.  (Dkt. No. 4.)  The Court ordered Plaintiff to submit a case status report by July 19, 2024 or else

ORDER DISMISSING ACTION - 1

1    risk dismissal.  (*Id*.)  As of today's date, Plaintiff has not filed a status report or shown any other

2    attempt to prosecute the case.

3         Accordingly, the Court DISMISSES the case without prejudice for failure to prosecute.

5         Dated this 23rd day of July 2024.

David G. Estudillo
United States District Judge

ORDER DISMISSING ACTION - 2